IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| FEDA KURAN, | No. 13-160 |
| *Defendant*. | |

### ORDER

**AND NOW**, this 28th day of February, 2017, after consideration of Defendant's Motion requesting a sentence reduction pursuant to U.S.S.G. § 5K1.1, (ECF No. 45), and the Government's Response, (ECF No. 50), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.