**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

FEDA KURAN,

*Defendant.*

No. 16-cv-4575
No. 13-160-001

## ORDER

**AND NOW**, this 8th day of March, 2017, after consideration of Defendant's Motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255, (ECF No. 46), and the Government's Response, (ECF No. 49), it is hereby **ORDERED** that:

1. The Defendant's motion, (ECF No. 46), is **DENIED;**

2. No certificate of appealability shall issue;

3. The Government's motion to dismiss, (ECF No. 49), is **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.